IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS EVERSON,

    Plaintiff,

v.                                       CASE NO. 1:07-cv-00149-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Motion for Final Judgment by Michael J. Astrue, Doc. 13. Upon remand ordered by this Court, Plaintiff was found eligible for benefits in a favorable Administrative Law Judge decision dated August 14, 2008. Defendant has reported this result to the Court. Given that Plaintiff has received full relief, Defendant requests the Court enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     Motion for Final Judgment, Doc. 13, is GRANTED.

2.     The Clerk is directed to enter a final judgment in this case, reciting that after the November 27, 2007 remand under sentence six of 42 U.S.C. § 405(g), the case was resolved fully in favor of Plaintiff.

3.     The Plaintiff must file his application for attorney fees under the Equal Access to Justice Act within 30 days of the posting of the judgment for that application to be timely.

**DONE AND ORDERED** this   *19th* day of May, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge